FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 3 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01067-BNB

STEVEN GEORGE FAIR,
    Plaintiff,

v.

SPORTSMANS WAREHOUSE,
STEPHEN LeBLANC,
STUART UTGAARD, and
JOHN DOE 1-99,
    Defendants.

## ORDER DISMISSING CASE

Plaintiff Steven George Fair initiated this action by filing *pro se* an "Application to Proceed Without Prepayment and Affidavit." In an order filed on May 21, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence this civil action and directed Mr. Fair to cure certain deficiencies if he wished to pursue his claims in this action. On June 9, 2008, Mr. Fair filed a document titled "Steven George Fair's Notice to the Court of Clerk Error, and Motion to Withdraw 08-CV-01067." Mr. Fair states in the June 9 notice that he intended for the *in forma pauperis* motion to be filed in a different case and he asks the Court to vacate this new action.

The Court must construe the June 9 notice liberally because Mr. Fair is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the notice as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that "Steven George Fair's Notice to the Court of Clerk Error, and Motion to Withdraw 08-CV-01067" filed on June 9, 2008, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). It is

FURTHER ORDERED that the voluntary dismissal is effective as of June 9, 2008, the date the notice was filed in this action.

DATED at Denver, Colorado, this 12 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01067-BNB

Steven George Fair
Sandy General Delivery
Sandy, Oregon 97055

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _6/13/08_

                      GREGORY C. LANGHAM, CLERK

                      By: _____
                              Deputy Clerk